UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Local 10 Sheet Metal Control
Board Trust Fund,

Plaintiff,

vs.

ORDER OF DISMISSAL

Duluth Sheet Metal & Roofing
Company, a Minnesota corporation,

Defendant.

Civ. No. 00-2718 (PAM/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Chief Paul A. Magnuson
United States District Judge

DATED: February 22, 2001
At Duluth, Minnesota

FILED FEB 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK