# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Sheet Metal Local #10
Control Board Trust Fund,

Plaintiffs,

vs

Duluth Sheet Metal and Roofing Company,
a Minnesota Corporation,

Defendants.

Civil File No. 00-2718 (PAM / RLE)

**ORDER TO REOPEN AND TO ENFORCE SETTLEMENT**

The above-entitled matter came on hearing before the undersigned on the 24th day of August, 2001 upon Plaintiffs' motion to reopen and to enforce the parties' settlement. Rosene, Haugrud & Staab, Chartered, by Andrew E. Staab, Esq., of St. Paul, Minnesota, appeared for Plaintiffs. Anderson, Haag, Paciotti & Butterworth, P.A., Bryan N. Anderson ., appeared for Defendants.

Based upon the Affidavit of Andrew E. Staab, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

**ORDER**

That this matter be reopened and that the matter be place on the active file roster to schedule a Pretrial Conference.

Dated: August 24, 2001

Paul A. Magnuson
U.s. District District Judge

H:\Labor\6310_6340_6340 Sheet Metal\6340.00 Control Board\duluth sheet metal\Docs\Enforce Set.doc

FILED AUG 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500