UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil File No. 00-2718 (PAM/RLE)

The Trustees of the Sheet Metal Local #10
Control Board Trust Fund,

Plaintiffs,

vs.

**STIPULATION FOR SETTLEMENT, DISMISSAL, AND ORDER**

Duluth Sheet Metal and Roofing Company,
a Minnesota corporation,

Defendant.

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, as follows:

1. That Defendant shall execute and deliver to Plaintiffs a Promissory Note together with a Confession of Judgment and Verification requiring payment of the principal sum of $84,313.89, which represents unpaid fringe benefit contributions due from October 2001, through March 2002, liquidated damages, attorney's fees and costs.

2. That in consideration for Defendant's payment of $84,313.89, in accordance with the above-referenced Promissory Note, Plaintiffs agree not to confess judgment against the Defendant.

3. That this Stipulation for Settlement does not alter or otherwise affect any collective bargaining agreement with any union, and/or any participation agreement to which Defendant is currently bound.

4. That this matter may be dismissed with prejudice by the Court in accordance with the terms hereof; provided, however, that the matter may be reopened upon application of either party in the event of a default in the terms of settlement as embodied herein and for the purpose of enforcing the terms of this Stipulation for Settlement.

JUN 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 25th day of June, 2002.

JENSEN, BELL, CONVERSE & ERICKSON

Mitchell W. Converse (#0248885)
Attorneys for Plaintiffs
1500 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
(651) 223-4999

Dated this 21st day of June, 2002.

ANDRESEN, HAAG, PACIOTTI &
BUTTERWORTH, P.A.

Bryan N. Anderson (120467)
Attorney for Defendant
1000 Alworth Building, P.O. Box 745
Duluth, MN 55801-0745
(218) 722-1411

**ORDER**

Based upon the parties' Stipulation, this matter is hereby dismissed with prejudice. This matter may be reopened upon application of either party in the event of a default or breach of the terms of the parties' settlement.

Dated: June 26, 2002

Paul A. Magnuson
Chief U.S. District Judge